UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Socorro R. Navarro,            )
                               )
    Plaintiff,                 )
                               )
v.                             )    Civil Action No. 08 0793
                               )
United States Office of Personnel Management, )
                               )
    Defendant.                 )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject-matter jurisdiction.

Plaintiff, a resident of the Philippines, sues the Office of Personnel Management ("OPM") for denying her retirement benefits as a widow of a former employee of the Department of Navy. Although plaintiff has brought a "Discrimination Complaint," she has not alleged that the decision was based on her membership in a protected class. Consequently, the Civil Service Retirement Act, 5 U.S.C. §§ 8331 *et seq.*, provides the exclusive remedy for adjudicating plaintiff's claim. *Fornaro v. James*, 416 F.3d 63, 66 (D.C. Cir. 2005). "That regime provides for adjudication of all claims by OPM, 5 U.S.C. § 8347(b), appeal of adverse decisions by OPM to the MSPB, *id.* § 8347(d)(1), and subsequent review of MSPB decisions in the Federal Circuit, *id.* § 7703(b)(1); 28 U.S.C. § 1295(a)(9)." *Id.* The district court lacks jurisdiction over such claims. *See Fornaro*, 416 F.3d at 64 (affirming dismissal for lack of jurisdiction of benefits claim against OPM). Accordingly, the complaint will be dismissed by separate Order issued contemporaneously.

Date: April 29, 2008                          United States District Judge