FILED
MAY - 8 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Socorro R. Navarro,                )
                                   )
         Plaintiff,                )
                                   )
    v.                             )   Civil Action No.   08 0793
                                   )
United States Office of Personnel Management,  )
                                   )
         Defendant.                )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 29th day of April 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice for lack of subject-matter jurisdiction. This is a final appealable Order.

*/s/ Royce C. Lamberth*
United States District Judge